[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 05-17170

_____

D. C. Docket No. 00-01334 MD-FAM

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 7, 2008
THOMAS K. KAHN
CLERK

LEONARD J. KLAY, M.D., et al.,

Plaintiffs,

versus

IAN K. COOK, Dr.,

Defendant-Appellant,

CIGNA DEFENDANTS,
CIGNA HEALTHCARE OF TEXAS, INC.

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(October 7, 2008)

Before EDMONDSON, Chief Judge, ANDERSON, Circuit Judge, and COHILL,*
District Judge.

PER CURIAM:

_____
*Honorable Maurice B. Cohill, Jr., United States District Judge for the Western District of
Pennsylvania, sitting by designation.

After oral argument and careful consideration, we readily conclude that the judgment of the district court is due to be affirmed. For the reasons discussed at oral argument, we conclude that the notice of the class action settlement amply satisfied the requirements of due process. We also conclude that Dr. Cook failed to preserve in the district court his argument that some of his claims were not "finally adjudicated" and thus should have been excluded from the claims released by the settlement agreement.

AFFIRMED.